UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEEMON ABALOY,

Plaintiff,

v.

CRAB HOUSE INC. and SAN-KIT CHENG a/k/a SAM CHENG,

Defendant.

25-CV-10570 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than November 10, 2026, Defendants shall submit a letter responding to Plaintiff's letter motion of October 29, 2026, Dkt. 21, and indicating the earliest reasonable date on which they estimate they can respond to Plaintiff's discovery requests. No later than November 13, 2026, Plaintiff shall reply to Defendant's letter, and the parties shall jointly submit a new proposed scheduling order.

No later than the end of the day, **today**, Defendants' counsel shall send a copy of this Order to their clients and make sure they understand that Court-ordered deadlines **must** be followed and that the Court is presently considering sanctioning them for their failure to comply with their discovery obligations to date.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Ronnie Abrams
United States District Judge